**MINUTE ENTRY**
**BARBIER, J.**
**APRIL 27, 2011**
**JS-10: 55 min.**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES M. FOX, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 10-3065** |
| **4403100 CANADA, INC, ET AL** | **SECTION: J** |
| **COURTROOM DEPUTY:** | **COURT REPORTER:** |
| **EILEEN STENSRUD** | **CATHY PEPPER** |

**WEDNESDAY, APRIL 27, 2011   9:30 A.M.**
**JUDGE CARL J. BARBIER PRESIDING**

**4403100 CANADA, INC'S MOTION TO DISMISS FOR LACK OF JURISDICTION AND FORUM NON CONVIENS (14):**

Argued; ORDERED GRANTED.

**4403096 CANADA, INC'S MOTION TO DISMISS FOR LACK OF JURISDICTION AND FORUM NON CONVENIENS (16):**

Argued; ORDERED GRANTED.

**4403096 Canada, Inc., 4403100 Canada, Inc., 4403199 Canada, Inc., 90835018 Quebec, Inc., 91435818 Quebec, Inc., Corporation Ecolomondo, Inc., Ecolomondo Corp. MOTION for Leave to File to File Reply Brief, Affidavit of Eliot Sorella, to Exceed Page Limit: ORDERED GRANTED.**

The court finds a lack of personal jurisdiction as to these defendants, and the other defendants named in this case.

Therefore, this case is ORDERED dismissed without prejudice for lack of jurisdiction and forum non conveniens.

**ATTORNEYS:**  Kearney S. Loughlin, Esq. & Gail Renshaw, Atty at Law, for plaintiffs
Victor Franckiewicz, Jr., Eqs. & Lemuel Montgomery, III, Esq., for 4403100 Canada, Inc. & 4403096 Canada, Inc.